Honorable Thomas S. Zilly

# UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TALCO SERVICES, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>                Defendant. | NO. 17-01516-TSZ<br><br>STIPULATED MOTION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE BY ONE WEEK (JUNE 25 TO JULY 2, 2018) |

## STIPULATION

Talco Services, LLC, the Plaintiff, herein ("Talco"), and BNSF Railway Company, THE Defendant ("BNSF"), by and through their undersigned counsel, stipulate, and move the Court for entry of the agreed order set forth below extending the deadline by one week for the disclosure of expert testimony under FRCP 26(a)(2), from Monday, June 25, 2018 to Monday, July 2, 2018. In the course of discussing AND finalizing the damages analysis with its damages expert, Talco and its expert concluded that certain additional information from Talco's records was necessary and

STIPULATED MOTION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE OF ONE WEEK (JULY 2, 2018)- 1
(Case No. 17-01516-TSZ)

{17096/008/01685567-1}

**MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC**
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

Talco's Principal, Gregory Nordholm, has been in the field performing a job this week which has rendered him unable to provide the additional information to Talco's expert. BNSF is agreeable to a one week extension to accommodate Talco's circumstances, and BNSF confirms that agreement in the form of this stipulation by way of the signature of BNSF's counsel below. An extension will not adversely impact the case schedule or discovery as the discovery cutoff date is September 24, 2018.

Dated this 22nd day of June, 2018

MONTGOMERY PURDUE BLANKINSHIP
& AUSTIN PLLC

*s/ Michael E. Gossler*
Michael E. Gossler, WSBA No. 11044
701 Fifth Avenue, Suite 5500
Seattle, WA 98104
Telephone: (206) 682-7090
Fax: (206) 625-9534
mgossler@mpba.com

*Attorneys for Plaintiff*

MONTGOMERY SCARP & CHAIT, PLLC

*s/ Kelsey Endres*
Kelsey Endres, WSBA No. 39409
1218 Third Avenue, Suite 2500
Seattle, WA 98101
Telephone: (206) 625-1801
Fax: (206) 625-1807
kelsey@montgomeryscarp.com

*Attorneys for Defendant*

STIPULATED MOTION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE OF ONE WEEK (JULY 2, 2018)- 2
(Case No. 17-01516-TSZ)

{17096/008/01685567-1}

**MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC**
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX

## ORDER

The Court being advised of said stipulation, hereby approves an extension of the date for disclosure of expert testimony under FRCP 26(a)(2) from June 25, 2018 to July 2, 2018.

**IT IS SO ORDERED.**

Dated this 27th day of June, 2018.

*/s/ Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND EXPERT DISCLOSURE DEADLINE OF ONE WEEK (JULY 2, 2018)- 3
(Case No. 17-01516-TSZ)

{17096/008/01685567-1}

**MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC**
ATTORNEYS AT LAW
5500 COLUMBIA CENTER
701 FIFTH AVENUE
SEATTLE, WA 98104-7096
(206) 682-7090 TEL
(206) 625-9534 FAX