HONORABLE THOMAS S. ZILLY

**UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

TALCO SERVICES, LLC,

Plaintiff,

v.

BNSF RAILWAY COMPANY, a Delaware corporation,

Defendant.

No. 2:17-cv-01516-TSZ

**STIPULATED MOTION AND ORDER TO EXTEND THE DISCLOSURE OF EXPERT WITNESSES DEADLINE**

## **STIPULATION**

Talco Services, LLC, the Plaintiff, herein ("Talco"), and BNSF Railway Company, the Defendant ("BNSF"), by and through their undersigned counsel, stipulate, and move the Court for entry of the agreed order set forth below extending the deadline by an additional one week for the disclosure of expert testimony under FRCP 26(a)(2), from Monday, July 2, 2018 to Monday, July 9, 2018. While discussing this case with BNSF's weather expert it came to BNSF's attention that this unique weather event necessitated additional information, which was not immediately available.

STIPULATED MOTION AND ORDER TO EXTEND
DISCLOSURE DEADLINE - 1

**MONTGOMERY SCARP and CHAIT, PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

1 | Talco is agreeable to a one week extension to accommodate BNSF's circumstances, and Talco confirms that agreement in the form of this stipulation by way of the signature of Talco's counsel below. An extension will not adversely impact the case schedule or discovery, as the discovery cutoff date is September 24, 2018.

DATED this 29th day of June, 2018.

Montgomery Scarp and Chait, PLLC

\_\_s/ Bradley Scarp_____
\_\_s/ Kelsey Endres_____
Bradley Scarp, WSBA No. 21453
Kelsey Endres, WSBA No. 39409
1218 Third Ave., Ste. 2500
Seattle, WA 98101
Telephone: (206) 625-1801
Facsimile: (206) 625-1807
brad@montgomeryscarp.com
kelsey@montgomeryscarp.com

*Attorneys for Defendant*

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC

*s/ Michael E. Gossler*\_\_\_\_
Michael E. Gossler, WSBA No. 11044
701 Fifth Avenue, Suite 5500
Seattle, WA 98104
Telephone: (206) 682-7090
Fax: (206) 625-9534
mgossler@mpba.com

*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER TO EXTEND DISCLOSURE DEADLINE - 2

## ORDER

The Court, being advised of said stipulation, docket no. 15, hereby approves an extension of the date for disclosure of expert testimony under FRCP 26(a)(2) from July 2, 2018 to July 9, 2018.

**IT IS SO ORDERED.**

Dated this 3rd day of July, 2018.

_____
Thomas S. Zilly
United States District Judge

STIPULATED MOTION AND ORDER TO EXTEND
DISCLOSURE DEADLINE - 3

**MONTGOMERY SCARP and CHAIT, PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807