HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TALCO SERVICES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>    Defendant. | No. 2:17-cv-01516-TSZ<br><br>**ORDER EXTENDING THE EXPERT WITNESSES REBUTTAL DEADLINE AND THE DISCOVERY CUTOFF** |

The Court, being advised of the Stipulation to Extend the Expert Witnesses Rebuttal Deadline and the Discovery Cutoff in this matter, hereby approves an extension of the date for disclosure of expert rebuttal testimony under FRCP 26(a)(2) from August 8, 2018 to August 31, 2018, and an extension of the date for the discovery cutoff from September 24, 2018 to October 31, 2018. All other deadlines and requirements imposed in the Court's Minute Order Setting Trial Date and Related Deadlines, docket no. 12, remain unchanged.

**IT IS SO ORDERED.**

Dated this 7th day of August, 2018.

_____
Thomas S. Zilly
United States District Judge

ORDER FOR EXTENSION OF REBUTTAL DEADLINE AND
DISCOVERY CUTOFF - 1

**MONTGOMERY SCARP & CHAIT PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

Presented by:

MONTGOMERY SCARP & CHAIT PLLC

*s/ Hayley Ventoza*
*s/ Bradley Scarp*
Hayley Ventoza, WSBA No.46306
Bradley Scarp, WSBA No. 21453
1218 Third Ave., Ste. 2500
Seattle, WA 98101
Telephone: (206) 625-1801
Facsimile: (206) 625-1807
brad@montgomeryscarp.com
kelsey@montgomeryscarp.com

*Attorneys for Defendant*

MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC

*s/ Michael E. Gossler*
Michael E. Gossler, WSBA No. 11044
701 Fifth Avenue, Suite 5500
Seattle, WA 98104
Telephone: (206) 682-7090
Fax: (206) 625-9534
mgossler@mpba.com

*Attorneys for Plaintiff*

ORDER FOR EXTENSION OF REBUTTAL DEADLINE AND DISCOVERY CUTOFF - 2