HONORABLE THOMAS S. ZILLY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| TALCO SERVICES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> BNSF RAILWAY COMPANY, a Delaware corporation, <br><br> Defendant. | No. 2:17-cv-01516-TSZ <br><br> **ORDER TO EXTEND THE DEADLINE OF DISPOSITIVE MOTIONS** |

## ORDER

The Court, being advised of the stipulation, docket no. 23, hereby approves an extension of the deadline for filing dispositive motions from October 25, 2018, to November 15, 2018.

**IT IS SO ORDERED.**

Dated this 24th day of October, 2018.

_____
Thomas S. Zilly
United States District Judge

ORDER TO EXTEND THE DEADLINE OF
DISPOSITIVE MOTIONS - 1

**MONTGOMERY SCARP & CHAIT PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | Presented by: |
| 4 | |
| | MONTGOMERY SCARP & CHAIT PLLC |
| 5 | Hayley Ventoza, WSBA No.46306 |
| | Bradley Scarp, WSBA No. 21453 |
| 6 | 1218 Third Ave., Ste. 2500 |
| 7 | Seattle, WA 98101 |
| | Telephone: (206) 625-1801 |
| 8 | Facsimile: (206) 625-1807 |
| 9 | brad@montgomeryscarp.com |
| | hayley@montgomeryscarp.com |
| 10 | *Attorneys for Defendant* |
| 11 | |
| | MONTGOMERY PURDUE BLANKINSHIP & AUSTIN PLLC |
| 12 | |
| | Michael E. Gossler, WSBA No. 11044 |
| 13 | 701 Fifth Avenue, Suite 5500 |
| 14 | Seattle, WA 98104 |
| | Telephone: (206) 682-7090 |
| 15 | Fax: (206) 625-9534 |
| | mgossler@mpba.com |
| 16 | *Attorneys for Plaintiff* |

ORDER TO EXTEND THE DEADLINE OF
DISPOSITIVE MOTIONS - 2

**MONTGOMERY SCARP & CHAIT PLLC**
1218 Third Avenue, Suite 2500
Seattle, Washington 98101
Telephone (206) 625-1801
Facsimile (206) 625-1807